IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARLON WATFORD, )
)
          Plaintiff, )
)
vs. ) Case No. 18-cv-0014-MJR-SCW
)
JOHN TROST, )
DAWN GHAFTHER[1], )
JANE DOE NURSE, )
DR. FUENTES, )
SUSAN KIRK, and )
WARDEN OF MENARD CORR. CTR., )
)
          Defendants. )

## ORDER ADOPTING REPORT AND RECOMMENDATION

**REAGAN, Chief Judge:**

    This is a prisoner civil rights lawsuit brought under 42 U.S.C. 1983 by Marlon Watford, who is incarcerated at Menard Correctional Center and presents claims of deliberate indifference to his serious medical needs. Before the Court is a Report and Recommendation submitted by the Honorable Stephen C. Williams, United States Magistrate Judge (Doc. 38, R&R). The R&R recommends that the undersigned deny Plaintiff's motion for preliminary injunction. Judge Williams explains that injunctions are extraordinary equitable remedies that should be granted only when the movant satisfies specific criteria. In the nine-page R&R, Judge Williams details why Plaintiff Watford has not met those criteria in the instant case.

---

[1] The Clerk's Office shall **CORRECT** this Defendant's name, pursuant to clarification in later filings, to Dawn Grathler. See Doc. 15, p. 1 & Doc. 38, p. 1, FN1.

The R&R plainly stated that any objection must be *filed* by August 24, 2018. That date passed, with neither an objection nor a motion for extension of the objection deadline filed. Because no objection was lodged against the R&R, the undersigned need not conduct de novo review of the R&R. **28 U.S.C. 636(b)(1)(C) (A judge shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.);** *Thomas v. Arn***, 474 U.S. 140 (1985);** *Johnson v. Zema Systems Corp.***, 170 F.3d 734, 741 (7th Cir. 1999);** *Video Views Inc., v. Studio 21, Ltd.***, 797 F.2d 538 (7th Cir. 1986).**

The Court **ADOPTS** in its entirety Judge Williams' R&R (Doc. 38) and **DENIES** Plaintiff's motion for preliminary injunction (Doc. 3).

IT IS SO ORDERED.

DATED August 27, 2018.

*s/ Michael J. Reagan*
Michael J. Reagan
United States District Judge